## MOTION DOCKET

**93–1144.** State v. Demars. *Cuyahoga County,* No. 62148. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied.

**95–572.** Grafton v. Ohio Edison Co. *Lorain County,* No. 94CA005877. On motion of *amicus curiae* Ohio Electric Utility Institute to file reply brief. The motion fails for want of four votes on the following vote:

MOYER, C.J., and F.E. SWEENEY, J., vote to deny.

DOUGLAS, RESNICK and PFEIFER, JJ., vote to grant.

WRIGHT and COOK, JJ., not participating.

**95–694.** N. Olmsted Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, Nos. 93–A–347 and 93–A–348. On motion to dismiss. Motion denied.

DOUGLAS, J., dissents.

**95–839.** Olmsted Falls Village Assn. v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, No. 93–X–998. On motion to dismiss. Motion denied.

DOUGLAS, J., dissents.

**95–1151.** Fawn Lake Apts. v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, No. 93–D–954. On motion to dismiss. Motion denied.

DOUGLAS, J., dissents.

**95–2363.** Holman v. Licking Cty. *Licking County,* No. 94CA50. On motion to dismiss. Motion denied; *sua sponte,* leave of fourteen days granted to file.

MOYER, C.J., dissents and would grant the motion to dismiss.

**95–2447.** Maxxim Med., Inc. v. Tracy. Board of Tax Appeals, No. 94–X–224. On motion to expedite briefing schedule and oral argument. Motion denied.